# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA HENDERSON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No.  CIV-12-554-F |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| | ) |
|       Defendant. | ) |

## REPORT AND RECOMMENDATION

Upon consideration of the Application to Proceed *In Forma Pauperis* and Supporting Documentation, the undersigned finds that the applicant has not demonstrated that she is unable to pay the $350.00 filing fee.  In particular, it is noted that Plaintiff states that she has $9,200.00 in her checking account and $506.00 in her savings account.

It is recommended that Plaintiff's Application be denied and that she be given a reasonable period of time to pay the fee.  Plaintiff is advised of her right to file an objection to this Report and Recommendation with the Clerk of this Court by June 5, 2012, in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  Plaintiff is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Moore v. United States*, 950 F. 2d 656 (10th Cir. 1991).

ENTERED this 16th day of May, 2012.

_____
BANA ROBERTS
UNITED STATES MAGISTRATE JUDGE