# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA HENDERSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-12-0554-F |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Bana Roberts's Report and Recommendation of May 16, 2012, is before the court. Doc. no. 3. The Report recommends denying plaintiff's application to proceed *in forma pauperis* and recommends giving plaintiff a reasonable period of time to pay the fee. Any objection to the recommendation contained in the Report was due by June 5, 2012. No objection was filed. Moreover, the court's docket sheet reflects that the filing fee was paid in full on May 23, 2012. Doc. no. 4. The Report's recommendation that *in forma pauperis* status be denied is **ADOPTED**, and the application to proceed *in forma pauperis* is **DENIED** for the reasons stated in the Report and also on the grounds that the application is now moot.

Dated this 6th day of June, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0554p001.wpd